No. 74–5170.  BASALYGA v. ASCH.  Sup. Ct. Pa.  Certiorari denied.

No. 74–5175.  SALADIN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–5181.  HANDY v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 74–5192.  ROONEY v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 74–5199.  WEDRA v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 74–5204.  WALL v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–5208.  MORROW ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 74–5215.  BALLARD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5227.  WASHINGTON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5236.  JOHNSON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5259.  ETHRIDGE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5309.  MULCAHY v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.